IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–32–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BLAINE ANTHONY THOMAS BURGER, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 32.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1).

2. A Preliminary Order of Forfeiture was entered on April 12, 2023. (Doc. 28.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1). (Doc. 30.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981, 2428 and 2253(a)(1).

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 32) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 2428 and 2253(a)(1), free from the claims of any other party:

- Black Motorola Cell Phone with cracked screen. Model number XT2005DL. IMEI: 352180108732086.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 3rd day of August, 2023.

_____
Dana L. Christensen, District Judge
United States District Court