IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–32–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BLAINE ANTHONY THOMAS BURGER, | |
| Defendant. | |

Before the Court is Defendant Blaine Anthony Thomas Burger's Unopposed Motion for Limited Order Unsealing Defendant's Presentence Investigation Report ("PSR"). (Doc. 38.) Mr. Burger requests that the Court allow his PSR to be unsealed for the limited purpose of providing it to the County Attorney for Beaverhead County, Jed Fitch. (*Id.* at 1.) Mr. Burger believes that release of the PSR will expedite resolution of the charges against him in state court. (*Id.* at 2.) The United States does not oppose the motion. (*Id.* at 1.)

D. Mont. L.R. CR 32.1(a)(1) requires that the PSR be filed under seal. Standing Order DLC 33-A further limits any dissemination of the PSR to include only the cover sheet, Identifying Data, Part B (The Defendant's Criminal History), and Part C (Offender Characteristics); all other information must be redacted.

1

Accordingly, IT IS ORDERED that the motion (Doc. 38) is GRANTED.

IT IS FURTHER ORDERED that a redacted version of Mr. Burger's PSR (Doc. 42) may be provided to Beaverhead County Attorney, Jed Fitch.  The PSR must be redacted to include only the cover sheet, Identifying Data, Part B (The Defendant's Criminal History), and Part C (Offender Characteristics).

IT IS FURTHER ORDERED that counsel for Mr. Burger shall expressly advise Mr. Fitch that further dissemination of the PSR is restricted unless prior approval of this Court is obtained.

IT IS FURTHER ORDERED that the PSR shall otherwise remain under seal pursuant to D. Mont. L.R. CR 32.1(a)(1).

DATED this 28th day of September, 2023.

Dana L. Christensen, District Judge
United States District Court